IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,   )   | CR. NO. 04-00134 SOM |
|                                                         )   | |
|     Plaintiff,                    )   | ORDER REGARDING |
|                                                         )   | ELECTRONIC FILING DEADLINE |
| vs.                                                 )   | WITH RESPECT TO MOTIONS |
|                                                         )   | CURRENTLY SET BEFORE THIS |
| MICHAEL ALLEN BUSH (02);      )   | COURT |
| LANI ANN BREWER (03);            )   | |
| HENRY J. MERRILL  (04),            )   | |
|                                                         )   | |
|     Defendants.             )   | |
| _____   )   | |

ORDER REGARDING ELECTRONIC FILING DEADLINE WITH
RESPECT TO MOTIONS CURRENTLY SET BEFORE THIS COURT

      With respect to any motion currently set before this court in the above entitled action(s), the parties may electronically file related documents until 11:59 p.m. on the date due.  In other words, the parties need not follow the 4:00 p.m. deadline set forth in section 3.4 of the General Order Adopting Electronic Case Filing Procedures (Oct. 20, 2005).

      DATED: Honolulu, Hawaii; January 9, 2006.



_____
Susan Oki Mollway
United States District Judge