1AO 199A (Rev. 3/87) Order Setting Conditions of Release

# UNITED STATES DISTRICT COURT
District of Hawaii

UNITED STATES OF AMERICA

V.

**LANI ANN BREWER**
Defendant

ORDER SETTING CONDITIONS
OF RELEASE

Case Number: **CR 04-00134SOM**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 10 2006

at __9__ o'clock and __57__ min __A__ M
SUE BEITIA, CLERK

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1) The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

(2) The defendant shall immediately advise the court, defense counsel and the U.S. attorney in writing before any change in address and telephone number.

(3) I must not harass, threaten, intimidate, tamper with, improperly influence, or injure the person or property of witnesses, jurors, informants, victims of crime, judicial officers, or other persons related to official proceedings before the Court, in violation of 18 U.S.C. §§ 1503, 1512, and 1513.

(4) The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall next appear at U.S. Courthouse, 300 Ala Moana Blvd. C-338, Honolulu, HI on _As Directed_.

**Release on Personal Recognizance or Unsecured Bond**

IT IS FURTHER ORDERED that the defendant be released provided that:

(✓) (4) The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

( ) (5) The defendant executes an unsecured bond binding the defendant to pay the United States the sum of ____ in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

AO 199B (Rev. 3/87) Additional Conditions of Release

Page 2 of 4 Pages

Cr. No. CR 04-00134SOM

## Additional Conditions of Release

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community, it is FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

(✓) (6) The defendant is placed in the custody of:
(Name of person or organization) KRISTOPHER ROBINSON
(Address)
(City and State)                                                                                (Phone No.) _____

who agrees (a) to supervise the defendant in accordance with all conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

Signed: _____
Custodian or Proxy

The defendant shall:

(7a1) Execute a bond in the amount of $50,000.00., secured by a Security Mortgage on the following property: Kristopher Robinson, 66-481 Kiloioe Pl, Haleiwa, HI 96712. This property bond will substitute for the previously posted security mortgage in the amount of $50,000 on the following property: Ann Louise Brewer at 66-118 Walikanahele Rd. Haleiwa, HI 96712. The new property bond is to be substituted within 30 days.

(7b) Comply with pretrial services supervision, and abide by all conditions of release as directed by Pretrial Services.

(7c) Maintain or actively seek employment, as directed by Pretrial Services.

(7g1) Surrender any passport and all travel documents to the U.S. District Court Clerk's Office. Do not apply for/obtain a passport. Surrender no later than: April 7, 2004 by 3:00 pm.

(7h1) Travel is restricted to State of Hawaii; inter-island travel must be approved in advance by Pretrial Services.

(7j) Maintain residence with/at: Kristopher Robinson.

(7m1) Contact is prohibited directly, indirectly, or through third parties with: co-defendants, co-conspirators, or witnesses in this and any related case. The U.S. Attorney's Office will provide Pretrial Services with initial and updated lists of names of persons with whom contact is prohibited.

(7n) Undergo a psychiatric/mental health evaluation and participate in any recommended counseling as approved by Pretrial Services. Take all medications as prescribed.

(7p2) Comply with the Electronic Monitoring program under the direction of Pretrial Services. You are restricted to your residence at all times except as pre-approved by Pretrial Services. The Court authorizes release under the HOME DETENTION restriction

(7s1) You are prohibited from owning, possessing, or controlling any firearm or ammunition. Immediately surrender all firearms and ammunition to an agent approved by Pretrial Services.

AO 199B (Rev. 3/87)Additional Conditions of Release

Page 3 of 4 Pages

Cr. No. CR 04-00134SOM

## Additional Conditions of Release
(Continued from page 2)

(7t) Do not consume any alcoholic beverages or products containing alcohol while on bond.

(7u) Do not use or possess illicit drugs, and do not be in the presence of illicit drug use or drug users/traffickers.

(7v2) Submit to drug detection testing and a substance abuse assessment and participate in any recommended treatment as approved by Pretrial Services.

(7w1) Submit to alcohol detection testing as approved by Pretrial Services.

(7y) You must contribute toward the costs of the services required by this bond, to the extent you are financially able to do so, as determined by Pretrial Services.

AO 199B (Rev. 3/87) Advice of Penalties and Sanctions                                              Page 4 of 4 Pages

**Advice of Penalties and Sanctions**

Cr. No. CR 04-00134SOM

## TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of any crime while on pretrial release may result in an additional sentence to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to five years of imprisonment and a $250,000 fine or both to intimidate or attempt to intimidate a witness, victim, juror, informant or officer of the court, or to obstruct a criminal investigation. It is also a crime punishable by up to ten years of imprisonment, a $250,000 fine or both, to tamper with a witness, victim or informant, or to retaliate against a witness, victim or informant, or to threaten or attempt to do so.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;(2)an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony, the defendant shall be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear may result in the forfeiture of any bond posted.

**Acknowledgment of Defendant**

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Signature of Defendant

_____
Address

_____
City and State       Zip       Telephone

**Directions to United States Marshal**

(✓)   The defendant is ORDERED released after processing.
( )   The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

Date: FEB 09 2006                       _____
                                         Signature of Judicial Officer

                                         Kevin SC Chang
                                         Name and Title of Judicial Officer