# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/17/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:       CR 04-00134SOM

CASE NAME:         USA v. (03) Lani Ann Brewer

ATTYS FOR PLA:     Thomas Muehleck

ATTYS FOR DEFT:    (03) Michael Jay Green

INTERPRETER:

|     |     |     |     |
| --- | --- | --- | --- |
| JUDGE: | Barry M. Kurren | REPORTER: | C6F |
| DATE:  | 3/17/2006       | TIME:     | 3:23 - 3:25 |

COURT ACTION:  EP: Status Conference Re Property Bond as to (03) Lani Ann Brewer held.  Papers to be notarized and completed by 3-21-06.  No further court action necessary.

Submitted by Richlyn Young, Courtroom Manager