# STATUS REPORT

Maximum liability limited to
$2,500.00

This report (and any revisions thereto) is issued solely for the convenience of the titleholder, the titleholder's agent, counsel, purchaser or mortgagee, or the person ordering it.

------------------------------------------------

# SCHEDULE A

Title Guaranty of Hawaii, Incorporated, hereby reports that, subject to those matters set forth in Schedule "B" hereof, the title to the estate or interest to the land described in Schedule "C" hereof is vested in:

CHRISTOPHER DAVID ROBINSON,
as Tenant in Severalty,
as Fee Owner

This report is dated as of February 16, 2006 at 8:00 a.m.

Inquiries concerning this report
should be directed to
GWENDOLYN PHELPS.
Email gphelps@tghawaii.com
Fax (808) 521-0210
Telephone (808) 533-5649.
Refer to Order No. 200613578.

## SCHEDULE B
## EXCEPTIONS

1. Any and all Real Property Taxes that may be due and owing.

   Tax Key: (1) 6-6-010-007     Area Assessed: 5,058 sq. ft.

2. Reservation in favor of the State of Hawaii of all mineral and metallic mines.

3. MORTGAGE

   LOAN/ACCOUNT NO. 0684911

   MORTGAGOR  : CHRISTOPHER DAVID ROBINSON, unmarried

   MORTGAGEE  : BANK OF HAWAII, a Hawaii corporation

   DATED      : July 7, 1999
   RECORDED   : Document No. 99-116160
   AMOUNT     : $145,000.00

**END OF SCHEDULE B**

## SCHEDULE C

All of that certain parcel of land situate at Paalaa, District of Waialua, City and County of Honolulu, State of Hawaii, being LOT 4 of the "HALEIWA HALE SUBDIVISION", as shown on File Plan Number 1327, filed in the Bureau of Conveyances of the State of Hawaii, and containing an area of 5,058 square feet, more or less.

BEING THE PREMISES ACQUIRED BY DEED

| | | |
|---|---|---|
| GRANTOR | : | CHRISTOPHER DAVID ROBINSON, unmarried, and KAREN ANN ROBINSON, unmarried |
| GRANTEE | : | CHRISTOPHER DAVID ROBINSON, unmarried, as Tenant in Severalty |
| DATED | : | July 16, 1999 |
| RECORDED | : | Document No. 99-116159 |

**END OF SCHEDULE C**

## GUIDELINES FOR THE ISSUANCE OF INSURANCE

A. Taxes shown in Schedule B are as of the date such information is available from the taxing authority. Evidence of payment of all taxes and assessments subsequent to such date must be provided prior to recordation.

B. Evidence of authority regarding the execution of all documents pertaining to the transaction is required prior to recordation. This includes corporate resolutions, copies of partnership agreements, powers of attorney and trust instruments.

C. If an entity (corporation, partnership, limited liability company, etc.) is not registered in Hawaii, evidence of its formation and existence under the laws where such entity is formed must be presented prior to recordation.

D. If the transaction involves a construction loan, the following is required:

   (1) a letter confirming that there is no construction prior to recordation; or

   (2) if there is such construction, appropriate indemnity agreements, financial statements and other relevant information from the owner, developer, general contractor and major sub-contractors must be submitted to the Title Company for approval at least one week prior to the anticipated date of recordation.

   Forms are available upon request from Title Guaranty of Hawaii.

E. Chapter 669, Hawaii Revised Statutes, sets forth acceptable tolerances for discrepancies in structures or improvements relative to private property boundaries for various classes of real property. If your survey map shows a position discrepancy that falls within the tolerances of Chapter 669, call your title officer as affirmative coverage may be available to insured lenders.

F. The right is reserved to make additional exceptions and/or requirements upon examination of all documents submitted in connection with this transaction.

G. If a policy of title insurance is issued, it will exclude from coverage all matters set forth in Schedule B of this report and in the printed Exclusions from Coverage contained in an ALTA policy or in the Hawaii Standard Owner's Policy, as applicable. Different forms may have different exclusions and should be reviewed. Copies of the policy forms are available upon request from Title Guaranty of Hawaii or on our website at www.tghawaii.com.

```
DATE PRINTED:   2/24/2006

      STATEMENT OF ASSESSED VALUES AND REAL PROPERTY TAXES DUE

NAME OF OWNER: ROBINSON,CHRISTOPHER D
LEASED TO     :

                            TAX MAP KEY

           DIVISION ZONE SECTION PLAT PARCEL HPR NO.
              (1)    6     6     010   007   0000

     CLASS: 1               AREA ASSESSED:          5,058 SF


ASSESSED VALUES FOR CURRENT YEAR TAXES:  2005


     This certifies that the records of this division show the
assessed values and taxes on the property designated by Tax Key shown
above are as follows:


                 BUILDING          $   155,700
                 EXEMPTION         $    40,000
                 NET VALUE         $   115,700
                 LAND              $   361,000
                 EXEMPTION         $         0
                 NET VALUE         $   361,000
                 TOTAL NET VALUE   $   476,700
```

Installment  (1 - due 8/20;  2 - due 2/20)

| Tax Year | Installment | Tax Amount | Penalty Amount | Interest Amount | Other Amount | Total Amount | |
|---|---|---|---|---|---|---|---|
| 2005 | 2 | 893.81 | | | | 893.81 | PENDING |
| 2005 | 1 | 893.82 | | | | 893.82 | PAID |
| 2004 | 2 | 367.50 | | | | 367.50 | PAID |
| 2004 | 1 | 367.51 | | | | 367.51 | PAID |
| | | | | Total Amount Due: | | 893.81 | |

Penalty and Interest Computed to: 10/08/2005

Title Guaranty of Hawaii, Inc.'s Statement of Privacy Policy
July 1, 2001

This Statement is provided to you as a customer of Title Guaranty of Hawaii, Inc. It applies to transactions involving individuals who are purchasing our services for primarily personal, family or household purposes. We realize that you may be receiving multiple disclosures from affiliates of ours and others, as well. We apologize in advance for this sometimes unavoidable duplication.

Title Guaranty of Hawaii, Inc. is an independently owned title insurance agent with more than 100 years of experience in searching Hawaiian land titles. We are an authorized title insurance agent for Chicago Title Insurance Company, Ticor Title Insurance Company, Security Union Title Insurance Company, and First American Title Insurance Company. Under the Gramm-Leach-Bliley Act, title insurance companies are required to provide certain disclosures regarding their privacy policies and practices. In compliance with federal and state law, we are providing you with this notice.

Chicago Title Insurance Company, Ticor Title Insurance Company, and Security Union Title Insurance Company are affiliates of Fidelity National Financial, Inc., and have issued the following Privacy Statement:

> We recognize and respect the privacy expectations of today's consumers and the requirements of applicable federal and state privacy laws. We believe that making you aware of how we use your non-public personal information ("Personal Information"), and to whom it is disclosed, will form the basis for a relationship of trust between us and the public that we serve. This Privacy Statement provides that explanation. We reserve the right to change this Privacy Statement from time to time consistent with applicable privacy laws.
>
> In the course of our business, we may collect Personal Information about you from the following sources:
>
> * From applications or other forms we receive from you or your authorized representative;
>
> * From your transactions with, or from the services being performed by, us, our affiliates, or others;

   \* From our internet web sites;

   \* From the public records maintained by governmental entities that we either obtain directly from those entities, or from our affiliates or others; and

   \* From consumer or other reporting agencies.

Our Policies Regarding the Protection of the Confidentiality and Security of Your Personal Information

We maintain physical, electronic and procedural safeguards to protect your Personal Information from unauthorized access or intrusion. We limit access to the Personal Information only to those employees who need such access in connection with providing products or services to you or for other legitimate business purposes.

Our Policies and Practices Regarding the Sharing of Your Personal Information

We may share your Personal Information with our affiliates, such as insurance companies, agents, and other real estate settlement service providers. We also may disclose your Personal Information:

   \* to agents, brokers or representatives to provide you with services you have requested;

   \* to third-party contractors or service providers who provide services or perform marketing or other functions on our behalf; and

   \* to others with whom we enter into joint marketing agreements for products or services that we believe you may find of interest.

In addition, we will disclose your Personal Information when you direct or give us permission, when we are required by law to do so, or when we suspect fraudulent or criminal activities. We also may disclose your Personal Information when otherwise permitted by applicable privacy laws such as, for example, when disclosure is needed to enforce our rights arising out of any agreement, transaction or relationship with you.

One of the important responsibilities of some of our affiliated companies is to record documents in the public domain. Such documents may contain your Personal Information.

Right to Access Your Personal Information and Ability To Correct Errors Or Request Changes Or Deletion

Certain states afford you the right to access your Personal Information and, under certain circumstances, to find out to whom your Personal Information has been disclosed. Also, certain states afford you the right to request correction, amendment or deletion of your Personal Information. We reserve the right, where permitted by law, to charge a reasonable fee to cover the costs incurred in responding to such requests.

All requests must be made in writing to the following address:

> Privacy Compliance Officer
> Fidelity National Financial, Inc.
> 4050 Calle Real, Suite 220
> Santa Barbara, CA 93110

Multiple Products or Services

If we provide you with more than one financial product or service, you may receive more than one privacy notice from us. We apologize for any inconvenience this may cause you.

First American Title Insurance Company is an affiliate of First American Corporation, and has issued the following Privacy Notice:

> We Are Committed to Safeguarding Customer Information
>
> In order to better serve your needs now and in the future, we may ask you to provide us with certain information. We understand that you may be concerned about what we will do with such information - particularly any personal or financial information. We agree that you have a right to know how we will utilize the personal information you provide to us. Therefore, together with our parent company, The First American Corporation, we have adopted this Privacy Policy to govern the use and handling of your personal information.

Applicability

This Privacy Policy governs our use of the information which you provide to us. It does not govern the manner in which we may use information we have obtained from any other source, such as information obtained from a public record or from another person or entity. First American has also adopted broader guidelines that govern our use of personal information regardless of its source. First American calls these guidelines its Fair Information Values, a copy of which can be found on our website at www.firstam.com.

Types of Information

Depending upon which of our services you are utilizing, the types of nonpublic personal information that we may collect include:

* Information we receive from you on applications, forms and in other communications to us, whether in writing, in person, by telephone or any other means;

* Information about your transactions with us, our affiliated companies, or others; and

* Information we receive from a consumer reporting agency.

Use of Information

We request information from you for our own legitimate business purposes and not for the benefit of any nonaffiliated party. Therefore, we will not release your information to nonaffiliated parties except: (1) as necessary for us to provide the product or service you have requested of us; or (2) as permitted by law. We may, however, store such information indefinitely, including the period after which any customer relationship has ceased. Such information may be used for any internal purpose, such as quality control efforts or customer analysis. We may also provide all of the types of nonpublic personal information listed above to one or more of our affiliated companies. Such affiliated companies include financial service providers, such as title insurers, property and casualty insurers, and trust and investment advisory companies, or companies involved in real estate services, such as appraisal companies, home warranty companies, and escrow companies. Furthermore, we may also provide all the information we collect, as described above, to companies that perform marketing services on our behalf, on behalf of our affiliated companies, or to other financial institutions with whom we or our affiliated companies have joint marketing agreements.

Former Customers

Even if you are no longer our customer, our Privacy Policy will continue to apply to you.

Confidentiality and Security

We will use our best efforts to ensure that no unauthorized parties have access to any of your information. We restrict access to nonpublic personal information about you to those individuals and entities who need to know that information to provide products or services to you. We will use our best efforts to train and oversee our employees and agents to ensure that your information will be handled responsibly and in accordance with this Privacy Policy and First American's Fair Information Values. We currently maintain physical, electronic, and procedural safeguards that comply with federal regulations to guard your nonpublic personal information.

Thank you for your time and attention to this important matter.

[Tax map of area near Kamehameha Highway, Paalaa, Oahu, showing parcels including Castle & Cooke, Inc. and B.P. Bishop Estate holdings, with Kiloe Place inset. Department of the Tax Commissioner, Taxation Maps Bureau, Territory of Hawaii. Zone 6, Section 6, Plat 10. Dated APR 7 1954.]