

**TITLE GUARANTY OF HAWAII**
INCORPORATED
235 QUEEN STREET • HONOLULU, HAWAII 96813
BILLING INQUIRIES: (808) 539-7763
CUSTOMER SERVICE: (808) 533-6261

**INVOICE**
0531673

**Original**

Date: 02/24/2006
Account No.: 364128
Account Code: 628530 8272

BILL TO: **CHRISTOPHER ROBINSON**
**MAIN OFFICE**
**66-481 KILIOE PL**
**HALEIWA, HI 96712**

**FINAL BILL**

ATTENTION: **CHRISTOPHER ROBINSON**

| FILE NUMBER | ORDER NUMBER | YOUR REFERENCE NUMBER | TAX MAP KEY |
|---|---|---|---|
| 339520 | 200613578 | ROBINSON, CHRISTOPH | (1) 6-6-010-007 |

RE: ROBINSON, CHRISTOPHER

XLC

| DESCRIPTION | AMOUNT |
|---|---|
| **STATUS REPORT** | $250.00 |
| **PAYMENT RECEIVED BY CHECK NO. 299** DATED 02/24/2006 | $250.00- |
| **TOTAL** | $.00 |

"Serving Hawaii for over 100 Years"