**Subject Photo Page**

| Borrower/Client | Lani and Christopher Robinson | | | | |
|---|---|---|---|---|---|
| Property Address | 66-481 Kilioe Place | | | | |
| City | Haleiwa | County | Honolulu | State HI | Zip Code 96712-1430 |
| Lender | Lani Robinson | | | | |



**Subject Front**
66-481 Kilioe Place
Sales Price      Not Sale
Gross Living Area  1,344
Total Rooms      6
Total Bedrooms   4
Total Bathrooms  2
Location         AG/Preserve
View             Mountain
Site             5,058 SF
Quality          Average
Age              32 Years



**Subject Rear**



**Subject Street**

Form PIC3x5.SR — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

File No. [illegible]

## Subject Interior Photo Page

| Borrower/Client | Lani and Christopher Robinson | | | | |
|---|---|---|---|---|---|
| Property Address | 66-481 Kilioe Place | | | | |
| City | Haleiwa | County | Honolulu | State HI | Zip Code 96712-1430 |
| Lender | Lani Robinson | | | | |



**Subject Living Room**
66-481 Kilioe Place
Sales Price        Not Sale
Gross Living Area  1,344
Total Rooms        6
Total Bedrooms     4
Total Bathrooms    2
Location           AG/Preserve
View               Mountain
Site               5,058 SF
Quality            Average
Age                32 Years



**Subject Kitchen**



**Subject Bath**

Form PIC3x5.SI — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

**PHOTOGRAPH ADDENDUM**

| | |
|---|---|
| Borrower/Client | Lani and Christopher Robinson |
| Property Address | 66-481 Kilioe Place |
| City | Haleiwa   County Honolulu   State HI   Zip Code 96712-1430 |
| Lender | Lani Robinson |



Subject View



Subject backs to Achue Lane

Form GPIC3X5 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Comparable Photo Page

| | | | | | |
|---|---|---|---|---|---|
| Borrower/Client | Lani and Christopher Robinson | | | | |
| Property Address | 66-481 Kilioe Place | | | | |
| City | Haleiwa | County | Honolulu | State HI | Zip Code 96712-1430 |
| Lender | Lani Robinson | | | | |



### Comparable 1
66-219 Kamehameha Highway
Prox. to Subject   0.13 miles
Sale Price   585,000
Gross Living Area   1,077
Total Rooms   5
Total Bedrooms   3
Total Bathrooms   1
Location   Haleiwa
View   Garden
Site   3,565 SF/ R-5
Quality   Average
Age   65 Years



### Comparable 2
66-482 Kilioe Place
Prox. to Subject   0.00 miles
Sale Price   620,000
Gross Living Area   1,344
Total Rooms   6
Total Bedrooms   4
Total Bathrooms   2
Location   AG/Preserve
View   Mountain
Site   5,145 SF/R-5
Quality   Average
Age   32 Years



### Comparable 3
66-024 Alapii Street
Prox. to Subject   0.67 miles
Sale Price   600,000
Gross Living Area   875
Total Rooms   7
Total Bedrooms   3
Total Bathrooms   1
Location   Haleiwa
View   Mountain
Site   5,006 SF/R-5
Quality   Average
Age   47 Years

Form PIC3x5.CR — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

**Location Map**

File No. 006337  Page #14

| Borrower/Client | Lani and Christopher Robinson | | | | |
|---|---|---|---|---|---|
| Property Address | 66-481 Kilioe Place | | | | |
| City | Haleiwa | County | Honolulu | State HI | Zip Code 96712-1430 |
| Lender | Lani Robinson | | | | |



Form MAP.LOC — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Plat Map

| Borrower/Client | Lani and Christopher Robinson | | | | |
|---|---|---|---|---|---|
| Property Address | 66-481 Kilioe Place | | | | |
| City | Haleiwa | County | Honolulu | State HI | Zip Code 96712-1430 |
| Lender | Lani Robinson | | | | |

**Plat Map Unavailable**



Form MAP.PLAT — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

**Building Sketch (Page - 1)**

| | | | | |
|---|---|---|---|---|
| Borrower/Client | Lani and Christopher Robinson | | | |
| Property Address | 66-481 Kilioe Place | | | |
| City | Haleiwa | County Honolulu | State HI | Zip Code 96712-1430 |
| Lender | Lani Robinson | | | |



| AREA CALCULATIONS SUMMARY | | | | LIVING AREA BREAKDOWN | |
|---|---|---|---|---|---|
| Code | Description | Size | Net Totals | Breakdown | Subtotals |
| GLA1 | 1st Floor | 1344.00 | 1344.00 | 1st Floor | |
| GAR | Carport | 400.00 | 400.00 | 28.0 x 48.0 | 1344.00 |
| | TOTAL LIVABLE (rounded) | | 1344 | 1 Calculation Total (rounded) | 1344 |

Form SKT.BldSkl — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

File No. 006337 Page #17

# USPAP COMPLIANCE ADDENDUM

| | |
|---|---|
| Borrower: Lani and Christopher Robinson | File No.: 006337 |
| Property Address: 66-481 Kilioe Place | Order #: 002390 |
| City: Haleiwa County: Honolulu State: HI | Zip Code: 96712-1430 |
| Lender/Client: Lani Robinson | Client Reference #: |

*Only those items checked X apply to this report.*

## PURPOSE, FUNCTION AND INTENDED USE OF THE APPRAISAL

☒ The purpose of the appraisal is to provide an opinion of market value of the subject property as defined in this report, on behalf of the appraisal company facilitating the assignment for the referenced client as the intended user of the report. The only function of the appraisal is to assist the client mentioned in this report in evaluating the subject property for lending purposes. The use of this appraisal by anyone other than the stated intended user, or for any other use than the stated intended use, is prohibited.

☐ The purpose of the appraisal is to provide an opinion of market value of the subject property as defined in this report, on behalf of the appraisal company facilitating the assignment for the referenced client as the intended user of the report. The only function of the appraisal is to assist the client mentioned in this report in evaluating the subject property for Real Estate Owned (REO) purposes. The use of this appraisal by anyone other than the stated intended user, or for any other use than the stated intended use, is prohibited.

☐ The purpose of the appraisal is to _____, on behalf of the appraisal company facilitating the assignment for the referenced client as the intended user of this report. The only function of the appraisal is to assist the client mentioned in this report in evaluating the subject property for _____. The use of this appraisal by anyone other than the stated intended user, or for any other use than the stated intended use is prohibited.

## TYPE OF APPRAISAL AND APPRAISAL REPORT

☒ This is a __complete__ Appraisal written in a __summary__ Report format and the USPAP Departure Rule has not been invoked.
☐ This is a Limited Appraisal written in a _____ Report format and the USPAP Departure Rule has been invoked as disclosed in the body or addenda of the report. The client has agreed that a Limited Appraisal is sufficient for its purposes.

## SCOPE (EXTENT) OF REPORT

☒ the appraisal is based on the information gathered by the appraiser from public records, other identified sources, inspection of the subject property and neighborhood, and selection of comparable sales, listings, and/or rentals within the subject market area. The original source of the comparables is shown in the Data Source section of the market grid along with the source of confirmation, if available. The original source is presented first. The sources and data are considered reliable. When conflicting information was provided, the source deemed most reliable has been used. Data believed to be unreliable was not included in the report nor used as a basis for the value conclusion. The extent of analysis applied to this assignment may be further imparted within the report, the Appraiser's Certification below and/or any other Statement of Limiting Conditions and Appraiser's Certification such as may be utilized within the Freddie Mac form 439 or Fannie Mae form 1004b (dated 6/93), when applicable.

## MARKETING TIME AND EXPOSURE TIME FOR THE SUBJECT PROPERTY

☒ A reasonable marketing time for the subject property is __90+__ day(s) utilizing market conditions pertinent to the appraisal assignment
☒ A reasonable exposure time for the subject property is __90+__ day(s) utilizing market conditions pertinent to the appraisal assignment

## APPRAISER'S CERTIFICATION

I certify that, to the best of my knowledge and belief:

- The statements of fact contained in this report are true and correct.
- The report analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- I have no present or prospective interest in the property that is the subject of this report, and nor personal interest with respect to the parties involved, unless otherwise stated within the report.
- I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice.
- I have ☐ or have not ☒ made a personal inspection of the property that is the subject of this report. (If more than one person signs this report, this certification must clearly specify which individuals did and which individuals did not make a personal inspection of the appraisal property.)
- No one provided significant professional assistance to the person signing this report. (If there are exceptions, the name of each individual providing significant professional assistance must be stated.)

NOTE: In the case of any conflict with a client provided certification (i.e., Fannie Mae or Freddie Mac), this revised certification shall take precedence.

## APPRAISER'S AND SUPERVISORY APPRAISER'S SIGNATURE

| APPRAISER | SUPERVISORY-APPRAISER (only if required) |
|---|---|
| Signature: [signed] | Signature: |
| Name: Mark S. Veicl | Name: |
| Date of Report (Inspection): 02/22/2006 | Date of Report (Inspection): |
| State License/Certification #: | State License/Certification #: |
| State of License/Certification: | State of License/Certification: |
| Expiration Date of License/Certification: 12/31/2007 | Expiration Date of License/Certification: |
| | ☐ Did inspect subject property ☐ Inspected Comparables |
| | ☐ Interior & Exterior ☐ Interior & Exterior |
| | ☐ Exterior only ☐ Exterior only |

SPAP Compliance Addendum - 4/99

Marvel Enterprises (808)952-9500

Form FAUCA — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

Department of Commerce & Consumer Affairs - State of Hawaii - PVL Search Results    File No. 006337; Page # 9    Page 1 of 1

## Department of Commerce and Consumer Affairs
### Professional and Vocational Licensing Search

# LICENSE SCREEN

[ Look up License Type Codes-> ]
Please click a link listed below to display the other screen.

***** GENERAL LICENSEE *****

LIC ID: CRA-639
NAME: MARK S VELCI
TRADE NAME:
STATUS: CURRENT, VALID & IN GOOD STANDING
ENTITY: INDIVIDUAL
ORIG LIC DATE: 2/25/02
CLASS PREFIX:
RESTRICTION:
BUSINESS ADDR:
MAILING ADDR:

Active/Inactive: ACTIVE

BUSINESS CODE:
EXPIRE DATE: 12/31/07
SPECIAL PRIVILEGE:
EDUCATION CODE:

Click here to enter search criteria for prior complaints history ->
For prior complaints and disciplinary history, contact licensing and business information center at (808)587-3295.

<-Back    New Search->

EMPLOYEES LIST || EMPLOYERS LIST || INSURANCE/BOND || LICENSE CLASS

License information on this site reflects information in the Professional and Vocational Licensing Division as of December 28, 2005; however, applications and forms are subject to standard processing time, and the information here does not reflect pending changes which are being reviewed. The site is updated daily, Monday through Friday, except holidays. The State of Hawaii makes no guarantees as to the accuracy of the information accessed, the timeliness of the delivery of transactions, delivery to the correct party, preservation of the privacy and security of users and makes no warranties, including warranty of merchantability and fitness for a particular purpose. User is advised that if the information obtained herein is to be reasonably relied upon, user should confirm the accuracy of such information with the provider thereof.

Copyright © 2002 Professional and Vocational Licensing Division

Hawaii State homepage || DCCA || Professional and Vocational Licensing Division

Form SCA — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE