| LAND COURT SYSTEM | REGULAR SYSTEM |
|---|---|

After Recordation, Return by Mail ( )    Pickup ( ) To:

Michael Jay Green, Esq.
345 Queen Street, Second Fl.
Honolulu, Hawaii 96813

66-118 Walikanahele Road
Haleiwa, Hawaii 96712
Tax Map Key No.: (1) 6-6-005:030

## RELEASE OF MORTGAGE TO SECURE
## OBLIGATION PURSUANT TO 18 U.S.C. §3142 (c)(2)(k)

KNOW ALL MEN BY THESE PRESENTS:

That the undersigned Mortgagee is releasing the property described in the "Mortgage to Secure Obligation Pursuant to 18 U.S.C. §3142 (c)(2)(k)" from the lien of the Mortgage. Additionally, the Mortgagee is canceling and discharging the Mortgage. The Mortgage is described as follows:

| | |
|---|---|
| Title: | MORTGAGE TO SECURE OBLIGATION PURSUANT TO 18 U.S.C. §3142 (c)(2)(k) |
| Mortgagor: | **ANN LOUISE BREWER, unmarried.** |
| Mortgagee: | **THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII.** |
| Principal Amount: | $50,000.00 |

(TOTAL NUMBER OF PAGES: 3 )

      Mortgage Date:      May 20, 2004

      Recorded As:      Document No. **2004-101982** in the Bureau of Conveyances of the State of Hawaii

      IN WITNESS WHEREOF, the undersigned Mortgagee has signed this Release of Mortgage on this \_\_\_21st\_\_\_ day of \_\_\_March\_\_\_, 2006.

      UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII

By _____
    SUE BEITIA, Clerk

Release of Mortgage
Tax Map Key No.: (1) 6-6-005:030

STATE OF HAWAII             )
                            ) SS.
CITY AND COUNTY OF HONOLULU )

On this  21st  day of  March , 2006, before me appeared SUE BEITIA, to me personally known, who being by me duly sworn or affirmed, did say that such person executed the foregoing instrument as the free act and deed of such person, and if applicable in the capacity shown (Clerk, U.S. District Court), having been duly authorized to execute such instrument in such capacity.

_____
Type/Print Name: Eileen Chun Sakoda
Notary Public, State of Hawaii

My commission expires: 3-20-2008