AO 83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
## District of Hawaii

ORIGINAL FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII

APR 17 2006

at 3 o'clock and 40 min. PM
SUE BEITIA, CLERK

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
|---|---|
| V. | Case Number: CR 04-00134SOM 03 |

LANI ANN BREWER
(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| United States District Court<br>300 Ala Moana Blvd<br>Honolulu, HI 96850<br>Ph. (808) 541-1300 (Honolulu Number) | AS DESIGNATED |
| | Date and Time |
| Before: Leslie E. Kobayashi, United States Magistrate Judge | April 24, 2006 @ 10:30 am |

To Answer a(n) Third Superceding Indictment

Charging you with a violation of Title 21 United States Code, Section(s) 846
Brief description of offense:
Conspiracy to distribute, possess with intent to distribute Cocaine, Schedule II    -    CT 1



U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $
Postmark Here

Sent To: L.A. Brewer 04/13/06  04-00134-3
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, June 2002     See Reverse for Instructions

7004 2510 0000 8122 4834

RECEIVED 2006 APR 13 PM 12:38 U.S. MARSHAL'S SERVICE HONOLULU, HI.

April 13, 2006
Date

AO 83 (Rev. 12/85) Summons in a Criminal Case                    CR 04-00134SOM 03 USA v LANI ANN BREWER

## RETURN OF SERVICE

Service as made by me on:[1]                              Date

Check one box below to indicate appropriate method of service

☐   Served personally upon the defendant at: _____

☐   Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address
    Name of person with whom the summons was left: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of Service is true and correct.

Returned on _____                Mark M. Hanohano
              Date                                Name of United States Marshal

                                                  _____
                                                  (by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Lani Ann Brewer
66-118 Walikanahele Rd
Haleiwa, HI   96712

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
_[signature]_   APR 14 2006

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7004 2510 0000 8122 4839

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540