# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/24/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CR NO. 04-00134SOM

CASE NAME:        USA vs. (02) MICHAEL ALLEN BUSH
                  USA vs. (03) LANI ANN BREWER
                  USA vs. (04) HENRY J. MERRILL, aka "Hank"

ATTYS FOR PLA:    Thomas Muehleck

ATTYS FOR DEFT:   (02) Stuart N. Fujioka
                  (03) Lynn Panagakos for Michael Jay Green
                  (04) Reginald P. Minn

INTERPRETER:

JUDGE:    Leslie E. Kobayashi         REPORTER:    FTR-Courtroom 7

DATE:     4/24/2006                   TIME:        10:5-010:52

COURT ACTION:  EP: A & P as to the Third Superseding Indictment - Defendants (02) Michael Allen Bush, (03) Lani Ann Brewer and (04) Henry J. Merrill, all present, not in custody.

Charges received. Defendants waive public reading of the Third Superseding Indictment. Pleas of Not Guilty entered.

Jury Selection/Trial set for 9:00 8/29/06, SOM.
Final Pretrial Conference 10:00 7/31/06, LEK.
Defendant's Motions due 7/5/06.
Government's Response due 7/19/06.

Defendants (02) Michael Allen Bush, (03) Lani Ann Brewer and (04) Henry J. Merrill's current conditions of release to continue.

Submitted by: Warren N. Nakamura, Courtroom Manager