LANI BREWER
CR 04-00134-03



## APPRAISAL OF REAL PROPERTY

**LOCATED AT:**
66-481 Kilioe Place
POR. Paalaa-2 Waialua, Oahu
Haleiwa, HI 96712-1430

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 09 2006

at 9 o'clock and 15 min A .M
SUE BEITIA, CLERK

**FOR:**
Lani Robinson
66-481 Kilioe Place
Haleiwa, HI 96712

**AS OF:**
02/22/2006

**BY:**
Mark S. Velci

Marvel Enterprises (808)952-9500     File No. 006337 Page #3

# Uniform Residential Appraisal Report    File # 006337

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

## SUBJECT

| Field | Value |
|---|---|
| Property Address | 66-481 Kilioe Place |
| City | Haleiwa |
| State | HI |
| Zip Code | 96712-1430 |
| Borrower | Lani and Christopher Robinson |
| Owner of Public Record | Robinson, Christopher |
| County | Honolulu |
| Legal Description | POR. Paalaa-2 Waialua, Oahu |
| Assessor's Parcel # | 1-6-6-10-7 |
| Tax Year | 2006 |
| R.E. Taxes $ | 2,031.38 |
| Neighborhood Name | Haleiwa |
| Map Reference | 6-6-10-7 |
| Census Tract | 0100.00 |
| Occupant | ☒ Owner ☐ Tenant ☐ Vacant |
| Special Assessments $ | 0.00 |
| PUD | ☐ HOA $ 0.00 ☐ per year ☐ per month |
| Property Rights Appraised | ☒ Fee Simple ☐ Leasehold ☐ Other (describe) |
| Assignment Type | ☐ Purchase Transaction ☐ Refinance Transaction ☒ Other (describe) Personal use |
| Lender/Client | Lani Robinson |
| Address | 66-481 Kilioe Place, Haleiwa, HI 96712 |

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal?  ☐ Yes ☒ No

Report data source(s) used, offering price(s), and date(s).  Source: Public Tax Records.

## CONTRACT

I ☐ did ☐ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.  Not sale.

Contract Price $ N/A   Date of Contract Not Sale   Is the property seller the owner of public record? ☐ Yes ☐ No Data Source(s)

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? ☐ Yes ☐ No

If Yes, report the total dollar amount and describe the items to be paid.

## NEIGHBORHOOD

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | One-Unit Housing Trends | One-Unit Housing | Present Land Use % |
|---|---|---|---|
| Location ☐ Urban ☒ Suburban ☐ Rural | Property Values ☒ Increasing ☐ Stable ☐ Declining | PRICE $(000) / AGE (yrs) | One-Unit 75% |
| Built-Up ☐ Over 75% ☒ 25-75% ☐ Under 25% | Demand/Supply ☒ Shortage ☐ In Balance ☐ Over Supply | 419 Low New | 2-4 Unit 5% |
| Growth ☐ Rapid ☒ Stable ☐ Slow | Marketing Time ☒ Under 3 mths ☐ 3-6 mths ☐ Over 6 mths | 900+ High 65+ | Multi-Family 2% |
| | | 650 Pred. 35 | Commercial 3% |
| | | | Other 15% |

Neighborhood Boundaries   Subject neighborhood is bound by Kawailoa Forest Reserve to the North, Waialua to the East, and to the South, and the Pacific Ocean to the West.

Neighborhood Description   The subject property is located in the area known as Haleiwa, which is located on the North Shore of the island of Oahu. The Haleiwa area consists of single family homes and is located near mountains and is about 3 miles from Waimea Bay. The neighborhood has limited shopping, parks, and is approximately 45 minutes from Honolulu.

Market Conditions (including support for the above conclusions)   Interest rates remain attractive with 30 year fixed mortgages around the 5.75%+/- level. Current market trends furnished by the Honolulu Board of Realtors indicate a slow, steady increase in property values supported by lower interest rates within the past 18 months. The average listing stays on the market for 30 days and usually sells at 95% - 100% of list price with multiple back

## SITE

Dimensions See Plat Map   Area 5,058 SF   Shape Rectangular   View Mountain

Specific Zoning Classification R-5.0, Residential District   Zoning Description R-5, residential district (Minimum 5,000 sqft lot required)

Zoning Compliance ☒ Legal ☐ Legal Nonconforming (Grandfathered Use) ☐ No Zoning ☐ Illegal (describe)

Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? ☒ Yes ☐ No If No, describe

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site improvements - Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | | Water | ☒ | | Street Asphalt | ☒ | |
| Gas | | ☒ N/A | Sanitary Sewer | | ☒ Cesspool, typical | Alley None | | |

FEMA Special Flood Hazard Area ☐ Yes ☒ No   FEMA Flood Zone X   FEMA Map # 15003C0105G   FEMA Map Date 6/2/2005

Are the utilities and off-site improvements typical for the market area? ☒ Yes ☐ No If No, describe

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? ☐ Yes ☒ No If Yes, describe

No adverse easements, encroachments, special assessments, slide areas, illegal or legal nonconforming use noted or apparent as of time at inspection.

## IMPROVEMENTS

| General Description | Foundation | Exterior Description materials/condition | Interior materials/condition |
|---|---|---|---|
| Units ☒ One ☐ One with Accessory Unit | ☐ Concrete Slab ☒ Crawl Space | Foundation Walls N/A | Floors Carpet/Vinyl Avg + |
| # of Stories 1 | ☐ Full Basement ☐ Partial Basement | Exterior Walls WoodSiding | Walls Wood/Avg + |
| Type ☒ Det. ☐ Att. ☐ S-Det/End Unit | Basement Area N/A sq.ft. | Roof Surface Comp | Trim/Finish Open Beam/Avg+ |
| ☒ Existing ☐ Proposed ☐ Under Const. | Basement Finish N/A % | Gutters & Downspouts No | Bath Floor Vinyl /Avg+ |
| Design (Style) Contempo/Avg | ☐ Outside Entry/Exit ☐ Sump Pump | Window Type Jal/Al. Frame | Bath Wainscot Ceramic Tile /Avg + |
| Year Built 1974 | Evidence of ☐ Infestation None Noted | Storm Sash/Insulated N/A | Car Storage ☐ None |
| Effective Age (Yrs) 15 Years | ☐ Dampness ☒ Settlement | Screens No/Yes | ☒ Driveway # of Cars 2 |
| Attic ☒ None | Heating ☒ FWA ☐ HWBB ☐ Radiant | Amenities ☐ Woodstove(s) # | Driveway Surface Concrete |
| ☐ Drop Stair ☐ Stairs | ☐ Other Fuel N/A | Fireplace(s) # N/A ☒ Fence | ☒ Garage # of Cars 2 |
| ☐ Floor ☐ Scuttle | Cooling ☒ Central Air Conditioning | ☒ Patio/Deck ☐ Porch | ☐ Carport # of Cars |
| ☐ Finished ☐ Heated | ☐ Individual ☐ Other | ☐ Pool ☐ Other | ☒ Att. ☐ Det. ☐ Built-in |

Appliances ☐ Refrigerator ☒ Range/Oven ☒ Dishwasher ☒ Disposal ☐ Microwave ☐ Washer/Dryer ☐ Other (describe)

Finished area above grade contains:   6 Rooms   4 Bedrooms   2 Bath(s)   1,344 Square Feet of Gross Living Area Above Grade

Additional features (special energy efficient items, etc.).   None Noted.

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.).   The subject dwelling has custom cabinets in the kitchen with vinyl flooring. The bathrooms also feature vinyl flooring and the living room and bedrooms have carpet. Subject also has a covered patio with a view of the mountains. Condition is overall Average Plus.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? ☐ Yes ☒ No If Yes, describe

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? ☒ Yes ☐ No If No, describe

## Uniform Residential Appraisal Report

File # 006337

There are **15** comparable properties currently offered for sale in the subject neighborhood ranging in price from $ **419,000** to $ **5,700,000**.
There are **32** comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ **350,000** to $ **1,245,000**.

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | +(-) $ Adjustment | COMPARABLE SALE # 2 | +(-) $ Adjustment | COMPARABLE SALE # 3 | +(-) $ Adjustment |
|---|---|---|---|---|---|---|---|
| Address | 66-481 Kilioe Place Haleiwa, HI 96712-1430 | 66-219 Kamehameha Highway TMK#: 1-6-6-9-25 | | 66-482 Kilioe Place TMK#: 1-6-6-10-17 | | 66-024 Alapii Street TMK#: 1-6-6-30-64 | |
| Proximity to Subject | | 0.13 miles | | 0.00 miles | | 0.67 miles | |
| Sale Price | $ Not Sale | $ 585,000 | | $ 620,000 | | $ 600,000 | |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 543.18 sq.ft. | | $ 461.31 sq.ft. | | $ 685.71 sq.ft. | |
| Data Source(s) | | MLS# 2501931 | | MLS# 2510163 | | MLS# 2500723 | |
| Verification Source(s) | | DOC #05-111443 | | DOC #05-258003 | | DOC #05-1085396 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing Concessions | | CONV DOM: 44 | | CONV DOM: 103 | | CONV DOM: 32 | |
| Date of Sale/Time | | 06/06/2005 | | 12/19/2005 | | 04/29/2005 | |
| Location | AG/Preserve | Haleiwa | | AG/Preserve | | Haleiwa | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 5,058 SF | 3,565 SF/ R-5 | +9,000 | 5,145 SF/R-5 | 0 | 5,006 SF/R-5 | |
| View | Mountain | Garden | | Mountain | | Mountain | |
| Design (Style) | Contempo/Avg | Contempo/Avg | | Contempo/Avg | | Contempo/Avg | |
| Quality of Construction | Average | Average | | Average | | Average | |
| Actual Age | 32 Years | 65 Years | | 32 Years | | 47 Years | |
| Condition | Average + | Average + | | Average + | | Average + | |
| Above Grade Room Count | Total 6 / Bdrms 4 / Baths 2 | Total 5 / Bdrms 3 / Baths 1 | +6,000 | Total 6 / Bdrms 4 / Baths 2 | | Total 7 / Bdrms 3 / Baths 1 | +6,000 |
| Gross Living Area | 1,344 sq.ft. | 1,077 sq.ft. | +20,000 | 1,344 sq.ft. | 0 | 875 sq.ft. | +35,000 |
| Basement & Finished Rooms Below Grade | None None | None None | | None None | | None None | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | None | None | | None | | None | |
| Energy Efficient Items | None Noted | None Noted | | None Noted | | None Noted | |
| Garage/Carport | 2 Car Garage | 2 Carport | +2,000 | 2 Car Garage | | 2 Carport | +2,000 |
| Porch/Patio/Deck | Porch/Patio | Porch/No Patio | +3,000 | Porch/Patio | | Porch/Patio | |
| Net Adjustment (Total) | | ☒ + ☐ - $ | 40,000 | ☐ + ☐ - $ | | ☒ + ☐ - $ | 43,000 |
| Adjusted Sale Price of Comparables | | Net 6.8 % Gross 6.8 % | $ 625,000 | Net % Gross % | $ 620,000 | Net 7.2 % Gross 7.2 % | $ 643,000 |

I ☒ did ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s)  Public records/MLS
My research ☒ did ☐ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data Source(s)  Public records/MLS
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 07/21/1999 | 05/25/2004 | 10/20/2005 | 03/03/2003 |
| Price of Prior Sale/Transfer | Transfer | $390,000 | Transfer | $260,000 |
| Data Source(s) | Per Tax Office Records | Per Tax Office Records | Per Tax Office Records | Per Tax Office Records |
| Effective Date of Data Source(s) | N/A | N/A | N/A | N/A |

Analysis of prior sale or transfer history of the subject property and comparable sales
No prior sale of the subject within the past 36 months.

Summary of Sales Comparison Approach   The sales comparables chosen and adjusted values are the best in representing the current market value for the subject property.  All comparable sales were taken from the subjects market area and are considered to be reliable indicators of current market value.
See text addendum for line item adjustments and further comment on sales comparison.

Indicated Value by Sales Comparison Approach $  630,000
Indicated Value by: Sales Comparison Approach $  630,000   Cost Approach (if developed) $ 622,425   Income Approach (if developed) $  N/A
Most weight is given to the Sales Comparison Approach with support from the Cost Approach. Lack of sufficient and or relevant data precludes the use of the Income Approach. THIS IS A COMPLETE AND SUMMARY APPRAISAL REPORT.

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:  NONE.   This appraisal report is made AS IS and no repairs of alterations are observed or required.  It is intended for personal use only, and is not intended for any other use. Refer to limiting conditions.

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $ **630,000**, as of **02/22/2006**, which is the date of inspection and the effective date of this appraisal.

## Uniform Residential Appraisal Report    File # 006337

### ADDITIONAL COMMENTS

### COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate the below cost figures and calculations.
Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)

| | | |
|---|---|---|
| ESTIMATED ☐ REPRODUCTION OR ☒ REPLACEMENT COST NEW | OPINION OF SITE VALUE | =$ 450,000 |
| Source of cost data  Apprsers professional experience and academic Knowlg | DWELLING  1,344 Sq.Ft. @ $ 125.00 | =$ 168,000 |
| Quality rating from cost service  Avg   Effective date of cost data 12/05/2005 | N/A Sq.Ft. @ $ | =$ |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | Covered Patio | =$ 7,000 |
| Cost approach represents the lower limit of value due to the difficulty in | Garage/Carport  360 Sq.Ft. @ $ 35.00 | =$ 12,600 |
| estimating accrued depreciation. | Total Estimate of Cost-New | =$ 187,600 |
| Estimated effective age: 15 years | Less  Physical  Functional  External | |
| Estimated accrued depreciation:  18.75% 15/80 years | Depreciation  35,175 | =$( 35,175) |
| Assessed Land Vlaue :$401,200, Improv:$180,500:  Total:$581,700 | Depreciated Cost of Improvements | =$ 152,425 |
| Cost approach represents the lower limit of value due to the difficulty in | "As-is" Value of Site Improvements | =$ 20,000 |
| estimating accrued depreciation. | | |
| Estimated Remaining Economic Life (HUD and VA only)  65 Years | INDICATED VALUE BY COST APPROACH | =$ 622,425 |

### INCOME APPROACH TO VALUE (not required by Fannie Mae)

Estimated Monthly Market Rent $  N/A   X Gross Rent Multiplier  N/A   = $  N/A   Indicated Value by Income Approach
Summary of Income Approach (including support for market rent and GRM)

### PROJECT INFORMATION FOR PUDs (if applicable)

Is the developer/builder in control of the Homeowners' Association (HOA)? ☐ Yes ☐ No   Unit type(s) ☐ Detached ☐ Attached
Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.
Legal Name of Project
Total number of phases   Total number of units   Total number of units sold
Total number of units rented   Total number of units for sale   Data source(s)
Was the project created by the conversion of existing building(s) into a PUD?  ☐ Yes ☐ No  If Yes, date of conversion.
Does the project contain any multi-dwelling units?  ☐ Yes ☐ No  Data Source
Are the units, common elements, and recreation facilities complete?  ☐ Yes ☐ No  If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association?  ☐ Yes ☐ No  If Yes, describe the rental terms and options.

Describe common elements and recreational facilities.

## Uniform Residential Appraisal Report
File # 006337

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

**SCOPE OF WORK:** The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

**INTENDED USE:** The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

**INTENDED USER:** The intended user of this appraisal report is the lender/client.

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:** The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing the appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

# Uniform Residential Appraisal Report
File # 006337

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

## Uniform Residential Appraisal Report    File # 006337

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:** The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name  Mark S. Velci | Name |
| Company Name  Mar-Vel Enterprises LLC | Company Name |
| Company Address  1833 Kalakaua Avenue Suite 410 Honolulu, HI 96815 | Company Address |
| Telephone Number  808-952-9500 | Telephone Number |
| Email Address  Marvel21@verizon.net | Email Address |
| Date of Signature and Report  February 27, 2006 | Date of Signature |
| Effective Date of Appraisal  02/22/2006 | State Certification # |
| State Certification #  639 | or State License # |
| or State License # | State |
| or Other (describe)  State # HI | Expiration Date of Certification or License |
| State | |
| Expiration Date of Certification or License  12/31/2007 | SUBJECT PROPERTY |
| | ☐ Did not inspect subject property |
| ADDRESS OF PROPERTY APPRAISED | ☐ Did inspect exterior of subject property from street |
| 66-481 Kilioe Place | Date of Inspection |
| Haleiwa, HI 96712-1430 | ☐ Did inspect interior and exterior of subject property |
| APPRAISED VALUE OF SUBJECT PROPERTY $  630,000 | Date of Inspection |
| LENDER/CLIENT | |
| Name  Lani | COMPARABLE SALES |
| Company Name  Lani Robinson | |
| Company Address  66-481 Kilioe Place, Haleiwa, HI 96712 | ☐ Did not inspect exterior of comparable sales from street |
| | ☐ Did inspect exterior of comparable sales from street |
| Email Address | Date of Inspection |

File No. 006337 Page #9

**Supplemental Addendum**  File No. 006337

| Borrower/Client | Lani and Christopher Robinson | | | | |
|---|---|---|---|---|---|
| Property Address | 66-481 Kilioe Place | | | | |
| City | Haleiwa | County | Honolulu | State HI | Zip Code 96712-1430 |
| Lender | Lani Robinson | | | | |

# General Text Addendum

**Comparable Sale#1:** This sale is located off of Kamehameha Highway and is set back from the street. Features include granite counters in the kitchen with new kitchen appliances. This sale is smaller in GLA and in lot size.

**Comparable Sale#2:** This sale is located directly across the street form the subject and is a match model to the subject. This is the most recent sale used in this analysis.

**Comparable Sale#3:** This sale features a covered patio and is slightly smaller in GLA and similar in lot size.

**LINE ITEM ADJUSTMENTS**

| | |
|---|---|
| SITE | : $ 6.00 PER SQUARE Foot (within 100sqft, no adjustment was made) |
| AGE | : INCLUDED IN CONDITION ADJUSTMENTS PER EFFECTIVE YEAR/ AGE |
| ROOM COUNT | : $ 6,000 PER FULL BATHROOM: $3,000 per Half Bath |
| GLA | : $ 75.00 PSF |
| Covered Patio | : $3,000 |
| Carport vs Garage | : $2,000 |

**Site Comment:** No adverse easements, encroachments, special assessments, slide area's, illegal or legal nonconforming use noted or apparent as of time at inspection.

**Condition of the Improvements:** *The subject dwelling features carpet in the living room and bedrooms and vinyl flooring in the kitchen and baths. Special features are covered patio and custom made kitchen cabinets. Condition is Average Plus.*

**Comments on Sales Comparison:** All the comparables are located in the Haleiwa on the North Shore of Oahu. The comparables condition are not necessarily dependent on age. An overall condition adjustment is used to realistically reflect the dwellings comparison to the subject. The comparable sales, with regard to the subject, best represent the current market conditions within the subject's market area. Their adjusted values are good indicators of the subject's market value. The value related adjustments are typical.

**Final Reconciliation:** Most weight is given to the Sales Comparison Approach with support from the Cost Approach. Lack of sufficient and or relevant data precludes the use of the Income Approach. THIS IS A COMPLETE AND SUMMARY APPRAISAL REPORT.

*********************************************************************************************************
This is to certify that the digital signature is the signature of Mark S. Velci, which I signed electronically.
*********************************************************************************************************

**NOTE TO UNDERWRITER/ REVIEW APPRAISER:** Careful consideration has been given to the subject's specific location and amenities, and a diligent search for the best comparables was completed. All of the comparables chosen are the most recent, similar and proximate to the subject, are located in the subject market area, and are deemed the most reliable indicators of current value. The adjustments are deemed weighted on the conservative side, and the final value conclusion is a fair representation for the subject property.
**Contribution to Report:** Anthony Gatti, apprentice appraiser, TMK, MLS Research and Report Draft.
Note: An extraordinary assumption is made that the research methodology employed produced accurate and true information for all data gleaned from the State of Hawaii Tax Office, the Multiple Listing Service and any other databases accessed.

File No. 006337| Page #10

## Subject Photo Page

| Borrower/Client | Lani and Christopher Robinson | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 66-481 Kilioe Place | | | | | |
| City | Haleiwa | County | Honolulu | State | HI | Zip Code 96712-1430 |
| Lender | Lani Robinson | | | | | |



**Subject Front**
66-481 Kilioe Place
Sales Price         Not Sale
Gross Living Area   1,344
Total Rooms         6
Total Bedrooms      4
Total Bathrooms     2
Location            AG/Preserve
View                Mountain
Site                5,058 SF
Quality             Average
Age                 32 Years



**Subject Rear**



**Subject Street**

Form PIC3x5.SR — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Subject Interior Photo Page

| | | | | |
|---|---|---|---|---|
| Borrower/Client | Lani and Christopher Robinson | | | |
| Property Address | 66-481 Kilioe Place | | | |
| City | Haleiwa | County Honolulu | State HI | Zip Code 96712-1430 |
| Lender | Lani Robinson | | | |



**Subject Living Room**
66-481 Kilioe Place
Sales Price      Not Sale
Gross Living Area   1,344
Total Rooms      6
Total Bedrooms   4
Total Bathrooms  2
Location         AG/Preserve
View             Mountain
Site             5,058 SF
Quality          Average
Age              32 Years



**Subject Kitchen**



**Subject Bath**

Form PIC3x5.SI — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## PHOTOGRAPH ADDENDUM

| Borrower/Client | Lani and Christopher Robinson | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 66-481 Kilioe Place | | | | | |
| City | Haleiwa | County | Honolulu | State | HI | Zip Code 96712-1430 |
| Lender | Lani Robinson | | | | | |



Subject View



Subject backs to Achue Lane

## Comparable Photo Page

| | | | | |
|---|---|---|---|---|
| Borrower/Client | Lani and Christopher Robinson | | | |
| Property Address | 66-481 Kilioe Place | | | |
| City | Haleiwa | County Honolulu | State HI | Zip Code 96712-1430 |
| Lender | Lani Robinson | | | |



### Comparable 1
66-219 Kamehameha Highway
Prox. to Subject  0.13 miles
Sale Price  585,000
Gross Living Area  1,077
Total Rooms  5
Total Bedrooms  3
Total Bathrooms  1
Location  Haleiwa
View  Garden
Site  3,565 SF/ R-5
Quality  Average
Age  65 Years



### Comparable 2
66-482 Kilioe Place
Prox. to Subject  0.00 miles
Sale Price  620,000
Gross Living Area  1,344
Total Rooms  6
Total Bedrooms  4
Total Bathrooms  2
Location  AG/Preserve
View  Mountain
Site  5,145 SF/R-5
Quality  Average
Age  32 Years



### Comparable 3
66-024 Alapii Street
Prox. to Subject  0.67 miles
Sale Price  600,000
Gross Living Area  875
Total Rooms  7
Total Bedrooms  3
Total Bathrooms  1
Location  Haleiwa
View  Mountain
Site  5,006 SF/R-5
Quality  Average
Age  47 Years

## Location Map

| Borrower/Client | Lani and Christopher Robinson | | | | |
|---|---|---|---|---|---|
| Property Address | 66-481 Kilioe Place | | | | |
| City | Haleiwa | County | Honolulu | State HI | Zip Code 96712-1430 |
| Lender | Lani Robinson | | | | |



Form MAP.LOC — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Plat Map

| Borrower/Client | Lani and Christopher Robinson | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 66-481 Kilioe Place | | | | | |
| City | Haleiwa | County | Honolulu | State | HI | Zip Code 96712-1430 |
| Lender | Lani Robinson | | | | | |

**Plat Map Unavailable**



Form MAP.PLAT — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Building Sketch (Page - 1)

| | |
|---|---|
| Borrower/Client | Lani and Christopher Robinson |
| Property Address | 66-481 Kilioe Place |
| City Haleiwa | County Honolulu    State HI    Zip Code 96712-1430 |
| Lender | Lani Robinson |



| AREA CALCULATIONS SUMMARY | | | |
|---|---|---|---|
| Code | Description | Size | Net Totals |
| GLA1 | 1st Floor | 1344.00 | 1344.00 |
| GAR | Carport | 400.00 | 400.00 |
| | TOTAL LIVABLE (rounded) | | 1344 |

| LIVING AREA BREAKDOWN | |
|---|---|
| Breakdown | Subtotals |
| 1st Floor | |
| 28.0 x 48.0 | 1344.00 |
| 1 Calculation Total (rounded) | 1344 |

# USPAP COMPLIANCE ADDENDUM

File No.: 006337

| | |
|---|---|
| Borrower Lani and Christopher Robinson | Order # 002390 |
| Property Address 66-481 Kilioe Place | |
| City Haleiwa    County Honolulu    State HI    Zip Code 96712-1430 | |
| Lender/Client Lani Robinson | Client Reference # |

*Only those items checked X apply to this report.*

## PURPOSE, FUNCTION AND INTENDED USE OF THE APPRAISAL

[X] The purpose of the appraisal is to provide an opinion of market value of the subject property as defined in this report, on behalf of the appraisal company facilitating the assignment for the referenced client as the intended user of the report. The only function of the appraisal is to assist the client mentioned in this report in evaluating the subject property for lending purposes. The use of this appraisal by anyone other than the stated intended user, or for any other use than the stated intended use, is prohibited.

[ ] The purpose of the appraisal is to provide an opinion of market value of the subject property as defined in this report, on behalf of the appraisal company facilitating the assignment for the referenced client as the intended user of the report. The only function of the appraisal is to assist the client mentioned in this report in evaluating the subject property for Real Estate Owned (REO) purposes. The use of this appraisal by anyone other than the stated intended user, or for any other use than the stated intended use, is prohibited.

[ ] The purpose of the appraisal is to _____, on behalf of the appraisal company facilitating the assignment for the referenced client as the intended user of this report. The only function of the appraisal is to assist the client mentioned in this report in evaluating the subject property for _____. The use of this appraisal by anyone other than the stated intended user, or for any other use than the stated intended use is prohibited.

## TYPE OF APPRAISAL AND APPRAISAL REPORT

[X] This is a __complete__ Appraisal written in a __summary__ Report format and the USPAP Departure Rule has **not** been invoked.
[ ] This is a Limited Appraisal written in a _____ Report format and the USPAP Departure Rule has been invoked as disclosed in the body or addenda of the report. The client has agreed that a Limited Appraisal is sufficient for its purposes.

## SCOPE (EXTENT) OF REPORT

[X] the appraisal is based on the information gathered by the appraiser from public records, other identified sources, inspection of the subject property and neighborhood, and selection of comparable sales, listings, and/or rentals within the subject market area. The original source of the comparables is shown in the Data Source section of the market grid along with the source of confirmation, if available. The original source is presented first. The sources and data are considered reliable. When conflicting information was provided, the source deemed most reliable has been used. Data believed to be unreliable was not included in the report nor used as a basis for the value conclusion. The extent of analysis applied to this assignment may be further imparted within the report, the Appraiser's Certification below and/or any other Statement of Limiting Conditions and Appraiser's Certification such as may be utilized within the Freddie Mac form 439 or Fannie Mae form 1004b (dated 6/93), when applicable.

## MARKETING TIME AND EXPOSURE TIME FOR THE SUBJECT PROPERTY

[X] A reasonable marketing time for the subject property is __90+__ day(s) utilizing market conditions pertinent to the appraisal assignment
[X] A reasonable exposure time for the subject property is __90+__ day(s) utilizing market conditions pertinent to the appraisal assignment

## APPRAISER'S CERTIFICATION

I certify that, to the best of my knowledge and belief:

- The statements of fact contained in this report are true and correct.
- The report analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- I have no present or prospective interest in the property that is the subject of this report, and nor personal interest with respect to the parties involved, unless otherwise stated within the report.
- I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice.
- I have [ ] or have not [X] made a personal inspection of the property that is the subject of this report. (If more than one person signs this report, this certification must clearly specify which individuals did and which individuals did not make a personal inspection of the appraisal property.)
- No one provided significant professional assistance to the person signing this report. (If there are exceptions, the name of each individual providing significant professional assistance must be stated.)

NOTE: In the case of any conflict with a client provided certification (i.e., Fannie Mae or Freddie Mac), this revised certification shall take precedence

## APPRAISER'S AND SUPERVISORY APPRAISER'S SIGNATURE

**APPRAISER**

Signature: *(signed)*
Name: Mark S. Velci
Date of Report (Inspection): 02/22/2006
State License/Certification #:
State of License/Certification:
Expiration Date of License/Certification: 12/31/2007

**SUPERVISORY-APPRAISER** (only if required)

Signature:
Name:
Date of Report (Inspection):
State License/Certification #:
State of License/Certification:
Expiration Date of License/Certification:

[ ] Did inspect subject property
[ ] Interior & Exterior
[ ] Exterior only

[ ] Inspected Comparables
[ ] Interior & Exterior
[ ] Exterior only

USPAP Compliance Addendum - 4/99

Marvel Enterprises (808)952-9500
Form FAUCA — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

Department of Commerce & Consumer Affairs - State of Hawaii - PVL Search Results    Page 1 of 1

**Department of Commerce and Consumer Affairs**
Professional and Vocational Licensing Division
**Professional and Vocational Licensing Search**

# LICENSE SCREEN

[ Look up License Type Codes-> ]
Please click a link listed below to display the other screen.

***** GENERAL LICENSEE *****

LIC ID: CRA-639                          Active/Inactive: ACTIVE
NAME: MARK S VELCI
TRADE NAME:
STATUS: CURRENT, VALID & IN GOOD STANDING
ENTITY: INDIVIDUAL                    BUSINESS CODE:
ORIG LIC DATE: 2/25/02              EXPIRE DATE: 12/31/07
CLASS PREFIX:                            SPECIAL PRIVILEGE:
RESTRICTION:                             EDUCATION CODE:
BUSINESS ADDR:
MAILING ADDR:

Click here to enter search criteria for prior complaints history ->
For prior complaints and disciplinary history, contact licensing and business information center at (808)587-3295.

<-Back    New Search->

**EMPLOYEES LIST || EMPLOYERS LIST || INSURANCE/BOND || LICENSE CLASS**

License information on this site reflects information in the Professional and Vocational Licensing Division as of December 28, 2005; however, applications and forms are subject to standard processing time, and the information here does not reflect pending changes which are being reviewed. The site is updated daily, Monday through Friday, except holidays.
The State of Hawaii makes no guarantees as to the accuracy of the information accessed, the timeliness of the delivery of transactions, delivery to the correct party, preservation of the privacy and security of users and makes no warranties, including warranty of merchantability and fitness for a particular purpose. User is advised that if the information obtained herein is to be reasonably relied upon, user should confirm the accuracy of such information with the provider thereof.

Copyright © 2002 Professional and Vocational Licensing Division

**Hawaii State homepage || DCCA || Professional and Vocational Licensing Division**

Form SCA — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE