| LAND COURT SYSTEM<br>AFTER RECORDATION, RETURN TO: | REGULAR SYSTEM<br>RETURN BY: MAIL ☐   PICKUP ☐ |
|---|---|
| | Escrow No. 2347512<br>Rose Krause |

Total pages: _____

Tax Map Key No. (1) 6-6-10-7

# SUBORDINATION

**KNOW ALL MEN BY THESE PRESENTS:**

That **UNITED STATES DISTRICT COURT, District of Hawaii,** the owner of the Mortgagee's interest in and to that certain Mortgage to Secure Obligation Pursuant to 18 U.S.C. §3142 (c)(2)(k) dated March 13, 2006, recorded in the Bureau of Conveyances of the State of Hawaii as Document No. 2006-049557, given by CHRISTOPHER DAVID ROBINSON, unmarried, said Mortgage being hereinafter referred to as the "Junior Mortgage", for a sufficient consideration, the receipt whereof is hereby acknowledged, does hereby subordinate all of its right, title and interest arising under the Junior Mortgage in and to the land hereinafter described to the lien of the Mortgage dated _____, made by CHRISTOPHER DAVID ROBINSON, unmarried, as mortgagor, in favor of **Mortgage Electronic Registration Systems, Inc., a Delaware corporation, as nominee on behalf of**

**Countrywide Home Loans, Inc., a New York corporation,** as mortgagee, recorded in said Bureau concurrently herewith, which mortgage, hereinafter referred to as the "Senior Mortgage", secures repayment of the sum of $_____, all to the intent and purpose that the Senior Mortgage shall be regarded as if it had been executed and recorded prior to the execution and recordation of the Junior Mortgage.

The land affected by this Subordination is more particularly described in the Senior Mortgage.

IN WITNESS WHEREOF, the undersigned has caused these presents to be executed this 11th day of May, 2006.

> UNITED STATES DISTRICT COURT,
> **District of Hawaii**
>
> By: _____
>
> Clerk, United States District Court,
> District of Hawaii

STATE OF HAWAII                )
                               )  SS.
CITY AND COUNTY OF HONOLULU    )

On this 11th day of May, 2006, before me personally appeared Sue Beitia, Clerk, United States District Court, to me personally known, who, being by me duly sworn or affirmed, did say that such person(s) executed the foregoing instrument as the free act and deed of such person(s), and if applicable in the capacity shown, having been duly authorized to execute such instrument in such capacity.

Print Name: Eileen Chun Sakoda
Notary Public, State of Hawaii

My commission expires: 3-20-2008