# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/23/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CR 04-00134SOM

CASE NAME:         USA vs. (03) Lani Ann Brewer

ATTYS FOR PLA:    Michael Kawahara

ATTYS FOR DEFT:   03 Michael Green

INTERPRETER:

|       |                    |           |                |
|-------|--------------------|-----------|----------------|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun     |
| DATE:  | 2/23/2007         | TIME:     | 11:20 - 11:55  |

COURT ACTION:  EP: Motion to Withdraw Not Guilty Plea and to Plead Anew -

Defendant (03) Lani Ann Brewer present.

Defendant sworn.

Questioned.

Memorandum of plea agreement filed, acceptance deferred until after review of the presentence report.

Defendant advised of her rights, including her right to trial by jury, etc.

Government stated the maximum penalties provided by law.

Government stated the essential elements of the charges.

Government summarized the evidence it could present if this case went to trial.

Guilty Plea to Count 1 of the Third Superseding Indictment.

Court accepts the guilty plea and the defendant is adjudged guilty.

Referred for presentence investigation and report, and sentencing is set for 6/12/07 @ 3:00 p.m. SOM.

Government stated that it is their intention that the defendant qualifies for the 3 point reduction under the advisory guidelines.

Defendant to remain out on bail, with the same conditions to apply.

Submitted by: Toni Fujinaga, Courtroom Manager.