EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

MICHAEL K. KAWAHARA  1460
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850
Telephone:  541-2850
Facsimile:  541-2958
Mike.Kawahara@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-0134SOM-03 |
| | ) | |
| Plaintiff, | ) | MOTION FOR DEPARTURE DOWNWARD |
| | ) | IN SENTENCING DEFENDANT LANI |
| VS. | ) | ANN BREWER |
| | ) | |
| LANI ANN BREWER,     (03) | ) | Sentencing date: 6/12/07 at |
| | ) | 10:30 a.m., before the Hon. |
| | ) | Susan Oki Mollway, U.S. |
| Defendant. | ) | District Judge |
| _____ | ) | |

**MOTION FOR DOWNWARD DEPARTURE
IN SENTENCING DEFENDANT LANI ANN BREWER**

The United States of America, by and through its undersigned counsel, hereby moves this Honorable Court to depart downwards in imposing sentence upon defendant Lani Ann Brewer, due to her substantial assistance to and cooperation with law enforcement authorities in the investigation or prosecution of other persons who have committed an offense.

This motion is made pursuant to U.S. Sentencing Commission Guideline 5K1.1, and is based upon the information contained in

the sealed "Factual Basis for Motion for Departure Downward in Sentencing Defendant", filed concurrently herewith.

DATED:  Honolulu, Hawaii, June 11, 2007.

                                          EDWARD H. KUBO, JR.
                                        United States Attorney
                                        District of Hawaii


                                      By <u>/s/ Michael K. Kawahara</u>
                                           MICHAEL K. KAWAHARA
                                           Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

      I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served by First Class Mail:

| | |
|---|---|
| Mr. Michael J. Green<br>345 Queen St., Second Floor<br>Honolulu, HI 96813<br><br>  Attorney for Defendant<br>  Lani Ann Brewer | June 11, 2007 |

Served by hand-delivery:

| | |
|---|---|
| Probation Officer<br>300 Ala Moana Blvd.,<br>Box 50111, Rm. C-126<br>Honolulu, HI  96850 | June 11, 2007 |

                        /s/ Rowena N. Kang