| LAND COURT SYSTEM | REGULAR SYSTEM |

After Recordation, Return by Mail ( )    Pickup ( ) To:

Michael Jay Green, Esq.
345 Queen Street, Second Fl.
Honolulu, Hawaii 96813

66-481 Kilioe Place
Haleiwa, Hawaii 96712
Tax Map Key No.: (1) 6-6-010:007

## RELEASE OF MORTGAGE TO SECURE
## OBLIGATION PURSUANT TO 18 U.S.C. §3142 (c)(2)(k)

KNOW ALL MEN BY THESE PRESENTS:

That the undersigned Mortgagee is releasing the property described in the "Mortgage to Secure Obligation Pursuant to 18 U.S.C. §3142 (c)(2)(k)" from the lien of the Mortgage. Additionally, the Mortgagee is canceling and discharging the Mortgage.  The Mortgage is described as follows:

Title:              MORTGAGE TO SECURE OBLIGATION PURSUANT TO 18
                    U.S.C. §3142 (c)(2)(k)

Mortgagor:          **CHRISTOPHER DAVID ROBINSON**, husband of Lani Ann
                    Robinson.

Mortgagee:          **SUE BEITIA, CLERK, UNITED STATES DISTRICT COURT,
                    DISTRICT OF HAWAII.**

(TOTAL NUMBER OF PAGES: 3 )

Principal Amount:     $50,000.00

Mortgage Date:        March 13, 2006

Recorded As:          Document No. **2006-049557** in the Bureau of Conveyances of the State of Hawaii

IN WITNESS WHEREOF, the undersigned Mortgagee has signed this Release of Mortgage on this _____10th_____ day of _____July_____, 2007.

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII

By _____
        SUE BEITIA, Clerk

Release of Mortgage
Tax Map Key No.: (1) 6-6-010:007

- 2 -

STATE OF HAWAII            )
                                        ) SS.
CITY AND COUNTY OF HONOLULU  )

      On this 10th day of July , 2007, before me appeared SUE BEITIA, to me personally known, who being by me duly sworn or affirmed, did say that such person executed the foregoing instrument as the free act and deed of such person, and if applicable in the capacity shown (Clerk, U.S. District Court), having been duly authorized to execute such instrument in such capacity.

                                        _____

Type/Print Name: Eileen Chun Sakoda
Notary Public, State of Hawaii

My commission expires: 3 - 20 - 2008

- 3 -